EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Nelson H. Valle Milán | 2019 TSPR 28 <br><br> 201 DPR ____ |

Número del Caso:  AB-2018-125
                  (TS-12486)


Fecha: 25 de enero de 2019


Oficina de Inspección de Notarías:

        Lcdo. Manuel E. Ávila De Jesús
        Director


 Abogado del Promovido:

        Por derecho propio


Materia:  Conducta Profesional – La suspensión de la notaría será efectiva el 21 de febrero de 2019.  Fecha en que se le notificó al abogado de su suspensión inmediata por correo certificado con acuse de recibo.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nelson H. Valle Milán
    (TS-12,486)          AB-2018-0125

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de enero de 2019.

Transcurrido el plazo concedido al Lcdo. Nelson H. Valle Milán en nuestra Resolución de 13 de septiembre de 2018 sin que este compareciera, se entiende que se allanó al informe de la Oficina de Inspección de Notarías (ODIN), según se le apercibió.

Por consiguiente, se suspende indefinidamente y de inmediato al licenciado Valle Milán del ejercicio de la notaría. Además, se le ordena que no más tarde de los veinte (20) días siguientes a la fecha de notificación de esta Resolución, muestre causa por la que no deba ser suspendido inmediata e indefinidamente del ejercicio de la abogacía.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido y entregarlos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Notifíquese personalmente por conducto de la Oficina del Alguacil del Tribunal Supremo.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


                    José Ignacio Campos Pérez
                  Secretario del Tribunal Supremo